AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

In the Matter of the Search of
*1178 E. 60th Street, Apartment A Tulsa, OK and 1555 N. Indianapolis Avenue Tulsa, OK*

Case No. 23-MJ-186-JFJ

**FILED UNDER SEAL**

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Oklahoma *(identify the person or describe the property to be searched and give its location)*:

See Attachments A and B

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment C

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before 4/5/23 *(not to exceed 14 days)*

☑ in the daytime, 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Jodi F. Jayne *(name)*.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box):

☐ for _____ days *(not to exceed 30)*.

☐ until, the facts justifying, the later specific date of __________.

Date and time issued: 3/22/23, 2:13pm

[signature] *Judge's signature*

City and state: Tulsa, Oklahoma

Jodi F. Jayne, U.S. Magistrate Judge *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 23-MJ-186-JFJ | 3-23-23 3:00 PM | PAULA DREW |

Inventory made in the presence of :
TFO WILLIAM MACKENZIE

Inventory of the property taken and name of any person(s) seized:

SEE DEA 12

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-25-23

*Executing officer's signature*

TFO WILLIAM MACKENZIE
*Printed name and title*

3-26-23 Drafted   3-25-23  3:00 PM     Paula Crew
TFP William MacKenzie

SEE OCA 1?

TFP William MacKenzie

3-25-23

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
PAULA DREW

FILE NO. MH-23-

G-DEP IDENTIFIER

FILE TITLE

DATE 3-22-23

DIVISION/DISTRICT OFFICE
TULSA RO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | UPS BOX W/ METHAMPHETAMINE | |
| | INSIDE | |
| 1 | SAMSUNG PHONE | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | NOTHING FURTHER | |
| | | |
| | | |
| | | |
| | | |
| | | |

RECEIVED BY (Signature) [signature]

NAME AND TITLE (Print or Type) TFO WILLIAM MACKENZIE

WITNESSED BY (Signature) [signature]

NAME AND TITLE (Print or Type) SA T. Wilson

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
JUDIE DREW

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 03/22/23

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 2 | BAGGIES CONTAINING SUSPECTED METH | |
| 1 | BOX CONTAINING SUSPECTED METH | |
| 1 | BERSA SA .380 SERIAL | |
| | FIREARM #K60905 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

RECEIVED BY (Signature) [signature]

NAME AND TITLE (Print or Type) TFO A. FINNEGAN

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

[illegible]

Judie Drew

DATE 03/22/23

[illegible]

| QUANTITY | DESCRIPTION OF ITEMS |
|---|---|
| 2 | Baggies containing suspected meth |
| 1 | Box containing suspected meth |
| 1 | Bersa TA .380 semi- firearm #K[illegible]6905 |

Ted A. Finnegan

[illegible]